UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 24-CR-365** |
| v. : | |
| : | <u>**UNDER SEAL**</u> |
| **FREDERICK DA SILVA** : | |
| : | |
| Defendant. : | |

**PRELIMINARY CONSENT ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant, Frederick Da Silva, in which the defendant agreed to plead guilty to an Information charging conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 371.

**WHEREAS**, the Information alleged the forfeiture of property, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

**WHEREAS**, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States.

**WHEREAS**, in his plea agreement, the defendant agreed to the forfeiture of: (1) all cash, cryptocurrency, or any other thing of value in an Alt 5 Sigma account in the name of Frederick Da Silva; and (2) $48,657.00 held in an attorney trust account ending in account numbers 0386 on behalf of Frederick Da Silva; (3) the entry of a forfeiture money judgment in the amount of $1,578,727.00.

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that the above-referenced property, which constitutes or is derived from proceeds

traceable to the violation alleged in Count One, to which the defendant is pleading guilty is subject to forfeiture.

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $1,578,727.00 is appropriate, insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Sections 2461(c).

WHERAS, the United States has agreed to credit the proceeds it realizes from the forfeiture of (1) all cash, cryptocurrency, or any other thing of value in an Alt 5 Sigma account in the name of Frederick Da Silva; and (2) $48,657.00 held in an attorney trust account ending in account numbers 0386 on behalf of Frederick Da Silva against the forfeiture money judgment upon its final forfeiture to the United States;

**WHEREAS**, Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Sections 2461(c), authorizes the forfeiture of substitute property;

**WHEREAS**, the proceeds the defendant obtained have been dissipated and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c): (1) all cash, cryptocurrency, or any other thing of value in an Alt 5 Sigma account in the name of Frederick Da Silva; and (2) $48,657.00 held in an attorney trust account ending in account numbers 0386 on behalf of Frederick Da Silva.

2. That within 30 days of the Court's acceptance of defendant's guilty plea, defendant shall transfer the above described $48,657.00 to the United States in the manner directed by the United States.

3. A forfeiture money judgment in the amount of $1,578,727.00 is entered against the defendant and in favor of the United States. The forfeiture money judgment shall be reduced by the value of the above specific property forfeited to the United States.

4. The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which he has pled guilty have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

7. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

SO ORDERED this __18__ day of September, 2024.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE